IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROXANNE L. SAMIES | § | PLAINTIFF |
| v. | § | Civil No. 1:16cv323-HSO-JCG |
| CHEVRON U.S.A., INC., *et al.* | § | DEFENDANTS |

## FINAL JUDGMENT

This matter came on to be heard upon the Motion to Dismiss [17] filed by Defendants Chevron U.S.A., Inc., Chevron Corporation, and Chevron Refinery Pascagoula. The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authority, finds that in accord with its Memorandum Opinion and Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 28th day of April, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE